# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| NELSON POE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:21-cv-00050-LPS |
| v. | ) |
| | ) |
| INPHI CORPORATION, DIOSDADO BANATAO, NICHOLAS BRATHWAITE, CHENMING HU, DAVID LIDDLE, BRUCE MCWILLIAMS, ELISSA MURPHY, WILLIAM J. RUEHLE, SAM SRINIVASAN, FORD TAMER, MARVELL TECHNOLOGY GROUP LTD., MAUI HOLDCO, INC., MAUI ACQUISITION COMPANY LTD., and INDIGO ACQUISITION CORP., | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: April 7, 2021  **RIGRODSKY LAW, P.A.**

By:  */s/ Gina M. Serra*
Seth D. Rigrodsky (#3147)
Gina M. Serra (#5387)
300 Delaware Avenue, Suite 210
Wilmington, DE 19801
Telephone: (302) 295-5310
Facsimile: (302) 654-7530
Email: sdr@rl-legal.com
Email: gms@rl-legal.com

*Attorneys for Plaintiff*